ACCEPTED
03-14-00340-CV
4642634
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 3:43:11 PM
JEFFREY D. KYLE
CLERK

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801
202.747.1900 main
202.747.1901 fax
www.sheppardmullin.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 3:43:11 PM
JEFFREY D. KYLE
Clerk

James A. George
202.747.2196 direct
202.747.3649 fax
ageorge@sheppardmullin.com

File Number:  0XNT-179232

March 25, 2015

Jeffrey D. Kyle
Clerk of the Court
P.O. Box 12547
Austin, Texas  78711-2547

Re:     Appellants *CPS Energy, Time Warner Cable Texas LLC, and Southwestern Bell Telephone Company d/b/a AT&T/Cross-Appellant, Public Utility Commission of Texas v. Appellee, Public Utility Commission of Texas/Cross-Appellee, CPS Energy, Time Warner Cable Texas LLC and Southwestern Bell Telephone Company d/b/a AT&T*

Dear Mr. Kyle:

        I am writing in response to the Court's March 12, 2015 letter regarding oral argument.  I will present oral argument on behalf of Appellant/Cross-Appellee Time Warner Cable Texas LLC.

Respectfully yours,

/s/  J. Aaron George

J. Aaron George
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:204103233.1
cc:      Counsel of Record

**SheppardMullin**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th of March, 2015, a true and correct copy of the foregoing letter was filed and electronically served on the following counsel of record:

By: /s/ Valerie P. Kirk
    Valerie P. Kirk

**Counsel for CPS Energy:**
Curt D. Brockmann
CPS Energy
145 Navarro
P.O. Box 1771
San Antonio, TX 78296
Phone: (210) 353-5689
Fax: (210) 353-6832
cdbrockmann@cpsenergy.com

**HERRERA & BOYLE, PLLC**
Alfred R. Herrera
State Bar No. 09529600
aherrera@herreraboylelaw.com

816 Congress Avenue, Suite 1250
Austin, Texas 78701
(512) 474-1492 (Voice)
(512) 474-2507 (Facsimile)

**Counsel for Public Utility Commission of Texas:**
Douglas Fraser
Megan Neal
Kellie E. Billings-Ray
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-02548
Phone: (512) 463-2012
Fax: (512) 457-4610
douglas.fraser@texasattorneygeneral.gov
megan.neal@texasattorneygeneral.gov
kellie.billings-ray@texasattorneygeneral.gov

**Counsel for AT&T Texas:**
Paul A. Drummond
Natalie L. Hall
Len G. Briley, Jr.
AT&T Legal Department
1010 N. St. Mary's, 14th Floor
San Antonio, Texas 78215
Phone: (210) 351-4830
Fax: (210) 886-2127
paul.drummond@att.com
natalie.hall@att.com
len.briley@att.com

Joseph E. Cosgrove, Jr.
Katherine C. Swaller
Thomas Ballo
AT&T Legal Department
816 Congress Avenue, Suite 1100
Austin, Texas 78701
Phone: (512) 457-2304
Fax: (512) 870-3420
joseph.cosgrove.jr@att.com
katherine.swaller@att.com
thomas.ballo@att.com

Michael T. Sullivan
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
Fax: (312) 706-8689
msullivan@mayerbrown.com